ACCEPTED
01-15-00573-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/16/2015 4:55:16 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00573-CV

IN THE COURT OF APPEALS
FIRST SUPREME JUDICIAL DISTRICT
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/16/2015 4:55:16 PM
CHRISTOPHER A. PRINE
Clerk

_____

Cole Distribution, Inc., Cole Chemical & Distributing, Inc., Princess Properties Limited Partnership, Cole International, Inc., and Donna F. Cole

Appellants

V.

Vexapak L.L.C., Antonio Gonzalez Cortez aka Antonio Gonzalez Jr. aka Antonio D. Gonzalez aka Antonio D. Gonzalez Cortes and Antonio Gonzalez Cardenas

Appellees

_____

On Appeal from the District Court of Harris County, Texas
125th Judicial District

_____

**APPELLANTS' UNOPPOSED MOTION TO EXTEND ABATEMENT OF APPEAL**

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

COME NOW, Appellants, Cole Distribution, Inc., Cole Chemical & Distributing, Inc., Princess Properties Limited Partnership, Cole International, Inc., and Donna F. Cole, and make their Appellants' Unopposed Motion to Extend Abatement of Appeal as follows:

**I.**

1. This case was first appealed by the filing of Notices of Appeal by Plaintiffs/ Counter-Defendants on June 30, 2015, and by Third Party Defendants on June 30, 2015, and by Defendant/Third Party Plaintiff Vexapak on July 1, 2015. Subsequently, while the appellate case was pending, the trial court vacated the judgment on July 10, 2015 in view of pending motions to modify the judgment.

2.      The parties thereafter presenting cross-motions to modify the trial court's judgment and/or for amended findings of fact and conclusions of law. The court conducted an oral hearing on that motion on August 24, 2015. The entry of an appropriate judgment is still before the trial court which has the matter under advisement. The judgment is expected at any time.

3.      The parties anticipate the Court will enter a new judgment and that one or more of them may appeal. The parties would reserve their right to continue this appeal in such instance.

4.      Accordingly, these parties request that the Court continue the abatement of the appeal for thirty (30) days to allow the trial court to enter a judgment and for the parties to determine whether or not to appeal from any such judgment.

WHEREFORE, PREMISES CONSIDERED, Appellants, Cole Distribution, Inc., Cole Chemical & Distributing, Inc., Princess Properties Limited Partnership, Cole International, Inc., and Donna F. Cole, request that this Court enter its order continuing the abatement through and including October 16, 2015, and request such other and further relief to which they may show themselves justly entitled.

Respectfully submitted,

**WAUSON ♦ PROBUS**

By:___ */s/ Matthew B. Probus*___
        **John Wesley Wauson**
        State Bar No. 20988200
        jwwauson@w-plaw.com
        **Matthew B. Probus**
        State Bar No. 16341200
        mbprobus@w-plaw.com
One Sugar Creek Center Blvd., Suite 880
Sugar Land, Texas 77478
(281) 242-0303 – Telephone
(281) 242-0306 – Fax

*ATTORNEYS FOR COLE DISTRIBUTION, INC.*
*AND COLE CHEMICAL & DISTRIBUTING, INC.*


**-AND-**


By: _____*/s/ Chris DiFerrante*_____
      **Chris DiFerrante**
      State Bar No. 05858800
402 East 11th Street
Houston, Texas 77008
(713) 868-1919 – Telephone
(713) 868-1899 – Facsimile
chris@cdflaw.com

*ATTORNEYS FOR THIRD PARTY DEFENDANTS,*
*PRINCESS PROPERTIES LIMITED*
*PARTNERSHIP, COLE INTERNATIONAL, INC.*
*AND DONNA F. COLE*

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been forwarded by:

_____ United States Mail, Certified, Return Receipt Requested
_____ United States Mail, First Class
_____ Hand delivery
_____ Telecopy
_XX_ Email

on this the 16TH day of September, 2015, to:

Dinesh Singhal
The Singhal Law Firm
Bank of America Center
700 Louisiana Street, Suite 3850
Houston, TX 77002


_____*/s/ Matthew B. Probus*_____
Matthew B. Probus